UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE RENEE MALDONADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:23-cv-01562-CDB (SS)<br><br>ORDER ON STIPULATION GRANTING VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(Doc. 14) |

　　　　Before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, filed March 1, 2024.  (Doc. 14).

　　　　Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

　　　　1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

　　　　2. Upon remand, the Appeals Council shall remand the case to an Administrative Law Judge for a new decision in accordance with the parties' stipulation (Doc. 14); and

/ / /

/ / /

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated: **March 4, 2024**   _____
UNITED STATES MAGISTRATE JUDGE